## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VFS US LLC., d/b/a VOLVO FINANCIAL SERVICES f/d/b/a VOLVO COMMERCIAL FINANCE, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:10CV103 |
| vs. | ) ) | ORDER |
| TMS EQUIPMENT, LLC, AND TMS DEVELOPMENT, LLC, | ) ) ) | |
| Defendants. | ) | |

This matter is before the court on the Suggestion of Bankruptcy (Filing No. 16). The defendant, TMS Equipment, LCC, filed the suggestion based on its Chapter 11 bankruptcy filing. The filing was made in this district and is designated as Case No. 10-81001. Upon consideration,

**IT IS ORDERED:**

1. Pursuant to NEGenR 1.5(a)(1) and 28 U.S.C. § 157, this case is referred to the United States Bankruptcy Court for the District of Nebraska.

2. This case shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska.

3. The Clerk of the Court for the District of Nebraska shall transmit the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

DATED this 9th day of April, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge