IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VFS US, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV103 |
| | ) | |
| v. | ) | |
| | ) | |
| TMS EQUIPMENT, LLC, and TMS DEVELOPMENT, LLC, | ) | ORDER OF DISMISSAL |
| | ) | |
| Defendants. | ) | |

The matter before the court is the plaintiff's Notice of Dismissal. Filing No. 25. The court finds that this matter should be dismissed without prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that, pursuant to Fed. R. Civ. P. 41(a), the plaintiff's cause of action against the defendants is hereby dismissed in its entirety, without prejudice, and with the parties to be responsible for their own costs and attorney fees.

DATED this 1st day of November, 2011.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.